FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 04 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2020 MAY -4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:20-cv-472-LPR-JJV

Jury Trial: ☐ Yes ☑ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Christopher Michael Hill
ADC # 265305

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Faulkner County Medical Department
Position: Doctor
Place of employment: Faulkner County Unit 2
Address: 500 South German Lane, Conway AR 72034

Name of defendant: Kathey Grant
Position: Nurse

This case assigned to District Judge ___Rudofsky___
and to Magistrate Judge ___Volpe___

Place of employment: Faulkner County Correctional Facility Unit 2

Address: 500 South German Lane, Conway AR 72034

Name of defendant: Montey Munyon

Position: Nurse

Place of employment: Faulkner County Correctional Facility Unit 2

Address: 500 South German Lane, Conway AR 72034

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

  ☐ Court (if federal court, name the district; if state court, name the county):

    _____

  ☐ Docket Number: _____

  ☐ Name of judge to whom case was assigned: _____

  ☐ Disposition: (for example: Was the case dismissed?  Was it appealed?
    Is it still pending?) _____

  ☐ Approximate date of filing lawsuit: _____

  ☐ Approximate date of disposition: _____

IV. Place of present confinement: __Faulkner County Correctional Facility Unit 2__

V. At the time of the alleged incident(s), were you:
 (check appropriate blank)

 __✓__ in jail and still awaiting trial on pending criminal charges

 _____ serving a sentence as a result of a judgment of conviction

 __✓__ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____
   _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

 A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes __✓__ No ____

 B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? _Yes_

Yes ✓   No ____

If not, why? There are severe limits in communicating with the Doctor. We can only communicate via the nurse.

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am a USAF Veteran who is diagnosed PTSD and severe Depression Disorder. In addition, I have neuropathy, Bronchial Asthma, Congestive Heart-failure condition, and HIV+. These conditions combined are a physical and psychological nightmare.

I gave them (Faulkner County) to my medical records and they knew my medications. They set me up with ARCare to get all of my medications filled; however, the Doctor refused all of my prescriptions from my specialist and prescribed his own. Due to night terrors, I am supposed to take Seroquel 600 mg, Trazadone 150 mg, Prazosin 3mg, Gabapentin 800 mg 4x daily. For my other medications for pain, I have Percocet 10 3x daily (I understand not getting those), Flexeril (10mg), and Vicaryl 50 mg twice daily for my severe Depression. (Additional Sheet)

This list of medication has been replaced by Fluoxetine 10 mg once daily and Naproxen 500 mg twice daily. Due to my respiratory issues, I have just been prescribed Claritin twice daily. I was once given medications for which I had no understanding and I asked for information on the medication and the nurse told me to "Just take the medicine as prescribed." I cannot say whether it was Nurse Montey Munyan or Karen Grant because the kiosk doesn't identify who is responding.

I asked about a low sodium diet due to high blood pressure which I did not have prior to incarceration, and their responses were rhetorical and ongoing questions, yet with no answer. The high starch and sugar diet with the processed foods are a breeding ground for diabetes and high blood pressure. I have to take Over The Counter (OTC) for additional help with chronic pain and sinus and breathing problems. This means I am accumulating an ongoing bill which has grown to $4100 and counting. I am in the Ryan White Program and asked if they would forward my bill to my account representative but they refused.

I also have a problem with being prescribed medication or being treated without any Triage.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Freedom of medical information should be afforded to an inmate. Medications prescribed and necessary for optimum health as prescribed by a Primary Care Physician and Specialists should be provided for the inmate. Better medical practices via access to medical services is less expensive to the inmate. Possible Financial relief for my physical + psychological Distress

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27 day of April, 2020.

Christopher M. Hill

Signature(s) of plaintiff(s)

-8-

Christopher M. Hill
500 South German Lane
Conway, AR 72034



Hasler
04/29/2020
US POSTAGE

FIRST-CLASS MAIL

$00.65⁰

ZIP 72034

U.S. District Court Clerk's Office
600 West Capitel Avenue
Suite A-149
Little Rock, AR 72201-3325