# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER MICHAEL HILL**                                                              **PLAINTIFF**
**#265305**

v.                          Case No. 4:20-cv-00472-LPR-JJV

**KATHY GRANT;** *et al.*                                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (Doc. 10) submitted by United States Magistrate Judge Joe J. Volpe. Mr. Hill did not file an objection to this Recommendation. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Mr. Hill's claims against Defendants Grant and Munyon are dismissed without prejudice for failure to state a claim on which relief may be granted.

2. Defendants Grant and Munyon are dismissed from this action.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 13th day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE