# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CHRISTOPHER MICHAEL HILL                                                                    PLAINTIFF

v.                                            4:20-cv-00472-LPR-JJV

KATHY GRANT; *et al.*                                                                       DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen days from the date of the findings and recommendations. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Christopher Michael Hill ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 2). At the time Plaintiff filed this lawsuit, he was incarcerated in the Faulkner County Detention Center. (*Id.*) On September 14, 2020, Plaintiff informed the Court that he had been released from custody. (Doc. No. 17.) On October 5, 2020, after a pending Recommendation that Plaintiff's case be dismissed for failing to update his address had been

rejected, I ordered Plaintiff to submit an updated Application to Proceed Without Prepayment of Fees and Affidavit within thirty (30) days.  (Doc. No. 19.)   Plaintiff was warned that if he did not do so, I would recommend that this case be dismissed without prejudice.  (*Id*.)  A blank Application to Proceed Without Prepayment of Fees and Affidavit was mailed to Plaintiff, but he has not submitted the Application or otherwise responded to my October 5, 2020 Order. Accordingly, Plaintiff's Complaint should be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  To proceed with this case, Plaintiff may file an updated Application to Proceed Without Prepayment of Fees and Affidavit along with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint, as amended (Doc. Nos. 2, 8) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 1st day of December 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE