IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER MICHAEL HILL**                                               **PLAINTIFF**
**#265305**

v.                              Case No. 4:20-cv-00472-LPR-JJV

**KATHY GRANT;** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Christopher Michael Hill's complaint, as amended, is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 21st day of December, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE